# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flsb.uscourts.gov

In re:

Willie Giliard III                                                                 Case No: 6:23-bk-03094-TPG

              Debtor    /                                          Chapter 13

## MOTION TO IMPOSE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(c)(4)

The Debtor, Willie Gilliard III, by and through undersigned counsel, files this Motion to Impose the Automatic Stay pursuant to 11 U.S.C. §362(c)(4) and states the following:

1. On July 31, 2023, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Debtor's first prior Chapter 7 bankruptcy, case number 6:23-bk-01689, was filed on May 4, 2023 and dismissed on June 9, 2023 due to Debtor's failure to file the necessary documents with the court.

3. The Debtor's second prior Chapter 7 bankruptcy, case number 6:23-02446, was filed on June 21, 2023 and dismissed on July 26, 2023 due to Debtor's failure to file the necessary documents with the court.

4. Both prior bankruptcies were both filed *pro se*.

5. Debtor failed to file the necessary documents in both cases, resulting in two dismissals in a short period of time.

6. In the present case, Debtor has retained counsel to represent him in the Chapter 13 bankruptcy.

7. In the present case, Debtor's counsel has timely filed all necessary documents with the Court.

8. In the present case, Debtor is primarily filing to stay in his property and cure the residential lease.

9. The Debtor is confident that he will be able to afford the monthly plan payments in the present case.

10. The Debtor is confident that good faith exists and that no creditor will be prejudiced.

WHEREFORE, the Debtor respectfully requests this Honorable Court to grant this Motion to Impose the Automatic Stay pursuant to 11 U.S.C. §362(c)(4) as to all the Debtor's creditors, and for whatever further relief the Court deems just and appropriate under the circumstances.

Respectfully submitted on this August 2, 2023

**Feldman Garcia Leshinsky & Miljus, LLC**
**Yevgeniy Feldman, Esq.**
By: /s/ Yevgeniy Feldman, Esq.
Florida Bar No. 1011633
Ph: 305-705-6844
Fax: 305-686-9868
8201 Peters Rd., Suite 1000,
Ft Lauderdale, FL 33324
efeldman@fglmlawgroup.com