[Dntchrg] [District Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                              Case No. 6:23−bk−03094−TPG
                                                                                    Chapter 13

Willie Gilliard III




_____Debtor*_____/

## NOTICE OF PRELIMINARY HEARING

   NOTICE IS GIVEN THAT:

1. The Honorable Tiffany Geyer will conduct a preliminary hearing on the following matter on August 23, 2023, at 11:00 AM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801:

   Motion to Impose Automatic Stay (Document No. 8) filed by the debtor

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by telephone available at www.flmb.uscourts.gov/judges/geyer/. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Solutions (www.court−solutions.com) no later than 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court without further notice.

5. <u>Avoid delays</u>. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.


                                              FOR THE COURT
   Dated: August 3, 2023                      Sheryl L. Loesch , Clerk of Court
                                              George C. Young Federal Courthouse
                                              400 West Washington Street.
                                              Suite 5100
                                              Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.
*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.